NOTICE: NOT FOR OFFICIAL PUBLICATION.
UNDER ARIZONA RULE OF THE SUPREME COURT 111(c), THIS DECISION IS NOT PRECEDENTIAL
AND MAY BE CITED ONLY AS AUTHORIZED BY RULE.

IN THE

# ARIZONA COURT OF APPEALS
### DIVISION ONE

STATE OF ARIZONA, *Respondent*,

*v.*

MICHAEL DEAN ROSS, *Petitioner*.

No. 1 CA-CR 25-0309 PRPC

FILED 02-04-2026

Appeal from the Superior Court in Maricopa County
No. CR2012-008684-001
The Honorable Pamela Hearn Dunne, Judge

**REVIEW GRANTED; RELIEF DENIED**

COUNSEL

Michael Dean Ross, Florence
*Petitioner*

Maricopa County Attorney's Office, Phoenix
By Phillip D. Garrow
*Counsel for Respondent*

---

## MEMORANDUM DECISION

Presiding Judge Samuel A. Thumma, Judge Andrew J. Becke, and Judge Kent E. Cattani delivered the decision of the Court.

---

**PER CURIAM**:

**¶1**        Petitioner Michael Dean Ross seeks review of the superior court's order denying his notice requesting post-conviction relief from his guilty plea to attempted sexual exploitation of a minor, sexual exploitation of a minor and luring a minor for sexual exploitation. This is petitioner's fourth request for post-conviction relief.

**¶2**        Absent an abuse of discretion or error of law, this court will not disturb a superior court's ruling on a request for post-conviction relief. *State v. Gutierrez*, 229 Ariz. 573, 577 ¶ 19 (2012). It is petitioner's burden to show that the superior court abused its discretion by denying relief. *See State v. Poblete*, 227 Ariz. 537 ¶ 1 (App. 2011) (petitioner has burden of establishing abuse of discretion on review).

**¶3**        This court has reviewed the record in this matter, the superior court's order denying the petition for post-conviction relief, and the petition for review. This court finds that petitioner has not shown the superior court abused its discretion.

**¶4**        Accordingly, this court grants review but denies relief.

